CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

SEP 19 2017

JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| ANTHONY J. CLAYTOR,<br>Petitioner, | Civil Action No. 7:17-cv-00314 |
| v. | ORDER |
| WARDEN,<br>Respondent. | By: Hon. Jackson L. Kiser<br>Senior United States District Judge |

In accordance with the accompanying Memorandum Opinion entered this day, it is hereby

**ORDERED**

that the action is **DISMISSED without prejudice** and **STRICKEN** from the active docket.

The Clerk shall send copies of this Order and the accompanying Memorandum Opinion to Petitioner.

ENTER: This 19th day of September, 2017.

Senior United States District Judge